**Name** Mikko T Sekiya

**Address** 7405 Purple cone sw.
87121

7405 Purple cone sw.
Albuquerque New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 DEC 15 PM 4:40

CLERK ALBUQUERQUE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Mikko T. Sekiya, Plaintiff
(Full Name)

CASE NO. 16 CV 1368 SCY
(To be supplied by the Clerk)

v.

Face book
Social network, Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Mikko T. Sekiya (Plaintiff), is a citizen of ~~State~~ New Mexico (State)
who presently resides at 7405 Purple cone Sw.
(Mailing address or place of confinement)

2) Defendant Face book is a citizen of
(Name of first defendant)
unknown, and is employed as
(City, State)
Owner and maker. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☐  No ☐   If your answer is "Yes", briefly explain:

C)(1) Count III:

(2) Supporting Facts: Three Facebook accounts that have been open for two years with out me ever being able to log on. Multi witnesses

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒  No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.
      Plaintiffs: _STATE OF NEW MEXICO_
      Defendants: _MIKKO T. SEKIYA_

   b) Name of court and docket number: Unknown

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? pending

   d) Issues raised: Was made to beleive ~~that~~ unreal facts because ~~I was being~~ my privacy was being violated.

XE-2  2/78
—4—

e) Approximate date of filing lawsuit: __N/A__

f) Approximate date of disposition: __N/A__

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐   No ☑   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

### E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: lost wages

Hospital
mental anguish
for face book to
pay all.

mental Anxiety
lost time with children
I can never get back.
social life
stress.
3 billion. Dollars for every thing that has been.

__Self Mikko T. Sekuya__
Signature of Attorney (if any)

__[signature]__
Signature of Petitioner

Attorney's full address and telephone number.

7405 purple cone sw
Albuquerque New Mexico
87121

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at  333 Lomas Blvd. NW     on  12/15/16     20 16.
                    (Location)                          (Date)

_____
(Signature)