**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MIKKO T. SEKIYA,

        Plaintiff,

v.                                                                              No. 16cv1368 KG/SCY

FACEBOOK et al.,

        Defendants.

<u>**FINAL JUDGMENT**</u>

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing

Plaintiff's case,

        **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
        **UNITED STATES DISTRICT JUDGE**